# United States Court of Appeals
# For the First Circuit

---

No. 14-2115

IN RE: ALVARO M. PEREIRA,

Debtor.

---

BANK OF AMERICA, N.A.,

Appellee,

v.

DEBORA A. CASEY, Chapter 7 Trustee of Alvaro M. Pereira,

Appellant.

---

Before

Howard, Chief Judge,
Lynch and Thompson, Circuit Judges.

---

**JUDGMENT**

Entered: June 27, 2016

In light of the Massachusetts Supreme Judicial Court's answers to our certified questions, as reported at Bank of America, N.A. v. Casey, SJC-11943, 2016 WL 3314033 (Mass. June 16, 2016), the order of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Mark Bruce Johnson, Kathleen Marie Heyer, Mark S. Foss, Adam Chin Ponte