# United States Court of Appeals
## For the First Circuit

No. 14-2115

IN RE: ALVARO M. PEREIRA

Debtor

----------------------------------

BANK OF AMERICA, N.A.

Appellee

v.

DEBORA A. CASEY, Chapter 7 Trustee of Alvaro M. Pereira

Appellant

**MANDATE**

Entered: July 19, 2016

In accordance with the judgment of June 27, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Mark S. Foss
Kathleen Marie Heyer
Mark Bruce Johnson
Adam Chin Ponte